JUSTIN D. LEWIS
JLEWIS@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NEW YORK 10004
WWW.GRSM.COM

September 27, 2024

Hon. John P. Cronan
U.S. District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

Re:   *Hicks v. L'Oréal USA, Inc.*
      No. 1:22-cv-01989-JPC
      (Related to No. 1:22-cv-03926-JPC)

Dear Judge Cronan:

      I am counsel for defendant L'Oréal USA, Inc., in the above-entitled case, writing to request a two-week extension of L'Oréal's time to answer the operative complaint from October 4 until October 18, 2024.  Counsel for plaintiffs has consented to the extension.  There have been no previous extensions of this deadline.

      There is good cause for the modest extension.  On September 20, the Court granted in part and denied in part L'Oréal's motion to dismiss.  Rule 12(a)(4)(A) would normally mandate an answer's filing in 14 days.  However, the operative second amended complaint in this action runs to 538 paragraphs and 84 pages.  Dkt. 43.  This length, coupled with the press of other business in my practice, impairs my client's ability to "respond to the substance of the allegations" under Rule 8(b)(2) in the time currently allowed.

      L'Oréal thanks the Court for its consideration of this letter and the requested extension.

The instant request is granted.  The deadline for L'Oreal to answer the operative complaint is hereby extended to October 18, 2024.  The Clerk of Court is respectfully directed to close Docket Number 60.

Respectfully submitted,

*Justin D. Lewis*

Justin D. Lewis
Gordon Rees Scully Mansukhani, LLP
Attorneys for defendant
L'Oréal USA, Inc.

SO ORDERED.
Date: September 27, 2024
New York, New York  _____
                        JOHN P. CRONAN
                      United States District Judge